■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL CHILDS, Appellant. [639 NYS2d 949]

The defendant's claim is unpreserved for appellate review and we decline to address it in the exercise of our interest of justice jurisdiction (*see,* CPL 470.05 [2]; *People v Cruz,* 200 AD2d 581). Thompson, J. P., Sullivan, Pizzuto and McGinity, JJ., concur.